IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

First Nationwide Mortgage Corporation
and
FNC Insurance Agency, Inc.
    Plaintiff(s)

vs.

FISI* Madison, LLC
    Defendant(s)

Case No.: _____

WMN 01 CV 2982

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Cheryl Zak Lardieri, am a member in good standing of the bar of this Court. My bar number is 25101. I am moving the admission of Alix Coulter Cross to appear *pro hac vice* in this case as counsel for FISI* Madison, LLC.

We certify that:

1. Enclosed is the $50.00 fee for admission *pro hac vice*.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Tennessee State Court | 1996 |
| Georgia Bar (inactive status) | 1991 |
| Florida Bar (inactive status) | 1993 |
| U.S. District Court for the Northern District of Georgia | 1993 |
| U.S. District Court for the Middle District of Tennessee | 1996 |
| U.S. Court of Appeals for the Sixth Circuit | 1992 |



3. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| */s/ Cheryl Zak Lardieri* | */s/ Alix Coulter Cross* |
| Cheryl Zak Lardieri | Alix Coulter Cross |
| Piper Marbury Rudnick & Wolfe, LLP | Harwell Howard Hyne Gabbert & Manner, P.C. |
| 6225 Smith Avenue | 315 Deaderick Street, Suite 1800 |
| Baltimore, Maryland 21212 | Nashville, Tennessee 37238 |
| Phone: (410) 580-3000 | Phone: (615) 256-0500 |
| Fax: (410) 580-3001 | Fax: (615) 251-1059 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

GRANTED          DENIED

_____10/11/01_____          _____[signature]_____
Date                                          United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

First Nationwide Mortgage Corporation   *
and
FNC Insurance Agency, Inc.   *
        **Plaintiff(s)**
  *   Case No.:_____

vs.
  *
FISI* Madison, LLC
        **Defendant(s)**   *
        ******

WMN 01 CV 2982

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October, 2001, a copy of the foregoing Motion for Admission *Pro Hac Vice* was mailed, first class, postage prepaid to:

James E. Gray
Matthew T. Murnane
Venable, Baetjer and Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201

*Cheryl Zak Lardieri*
Cheryl Zak Lardieri

4