IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIRST NATIONWIDE MORTGAGE  :
CORPORATION, et al.        :
                           :
v.                         :   Civil Action No. WMN-01-2982
                           :
FISI MADISON, LLC          :

## ORDER

Pursuant to the foregoing Memorandum, and for the reasons stated therein, IT IS this 9th day of April, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant's Motion to Dismiss (Paper No. 9) is hereby GRANTED;

2. That Plaintiffs' Motion for Injunctive Relief (Paper No. 13) is hereby DENIED;

3. That this case is hereby CLOSED;

4. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

5. That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to all counsel of record.

_____
William M. Nickerson
United States District Judge